IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN,<br><br>                Plaintiffs,<br><br>v.<br><br>THE ENCLAVE AT FAIRWAYS, HOMEOWNERS ASSOCIATION, INC., a New Jersey Domestic Corporation,<br><br>                Defendant. | Civil No.<br><br>**DECLARATION OF EDWARD HANDLER** |

**DECLARATION OF EDWARD HANDLER**

Edward Handler declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a resident of The Enclave at the Fairways ("The Enclave") and a member of The Enclave at the Fairways Homeowners Association, Inc. ("HOA") since July 2017.

2. I am a practicing Orthodox Jew.

3. Since I moved into the Enclave, I have attended services at Congregation Presidential Estates on Ford Avenue.

4. Prior to installation of the skirts being placed under the Damiano Way gate, I would bend under the gate to leave The Enclave to attend services at my

1

synagogue, as it was too difficult to climb over since I had a hip replacement a few years ago.

5. With the installation of the skirts at the gate, I can no longer attend services at my synagogue. I cannot walk the distance using the Massachusetts exit.

6. My son and granddaughter as well as my great-grandchildren have been unable to visit me if the Damiano pedestrian gate is locked. They cannot climb over the gate with their stroller.

7. I have experienced anti-Semitic hostility at the Enclave.

8. A neighbor told me and my wife that we had no right to walk on the sidewalk clearly indicating it was due to us being Orthodox Jews.

9. Another resident told my granddaughter that she did not have the right to be in The Enclave for the same reason.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2018

_____
Edward Handler