IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN,<br><br>                Plaintiffs,<br><br>v.<br><br>THE ENCLAVE AT FAIRWAYS, HOMEOWNERS ASSOCIATION, INC., a New Jersey Domestic Corporation,<br><br>                Defendant. | Civil No.<br><br>**DECLARATION OF MENACHEM SLOMOVITZ** |

**DECLARATION OF MENACHEM SLOMOVITZ**

Menachem Slomovitz declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am the adult son of Rabbi David Slomovitz, a resident of The Enclave at the Fairways ("The Enclave").

2. I am a practicing Orthodox Jew.

3. The procedure for guests visiting residents of The Enclave is for the visitor to tell the guard at the twenty-four hour manned guardhouse the name of the resident you are visiting. The guard then retrieves the name of the resident from the Enclave's computer system and confirms that the visitor's name is on that resident's guest list.

1

4. This is the procedure that I follow when I want to visit my father at his home in The Enclave.

5. In April 2018, I went to The Enclave to visit my father.

6. When I told the guard that I was there to visit David Slomovitz, the guard became extremely upset.

7. The guard then told me that the word "Jew" was next to my father's name in the computer system for the Enclave.

8. This was extremely offensive and demeaning to me and to my family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2018

                                                      _____
                                                      Menachem Slomovitz