IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN,<br><br>                Plaintiffs,<br><br>v.<br><br>THE ENCLAVE AT FAIRWAYS, HOMEOWNERS ASSOCIATION, INC., a New Jersey Domestic Corporation,<br><br>                Defendant. | Civil No.<br><br>**DECLARATION OF SAMUEL LANDY** |

**DECLARATION OF SAMUEL LANDY**

Samuel Landy declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am a resident of The Enclave at the Fairways ("The Enclave") and a member of The Enclave at the Fairways Homeowners Association, Inc. ("HOA") since February 2017.

2. I am a practicing Orthodox Jew.

3. Since I moved into the Enclave, I have attended services at two places, a private shul in Chateau Park and the Hearthstone Synagogue at 911 Hearthstone Drive. Walking to both the shul and synagogue is considerably more convenient to the Damiano exit than the Massachusetts exit.

1

4. Prior to installation of the skirts under the Damiano exit gate, I would bend underneath the gate to leave The Enclave for religious services. I did this for a year and a half despite my age of 68 years. This was painful because of my back.

5. It is dangerous for me to walk to the shul or synagogue from the Massachusetts exit, where there are no sidewalks and there are extremely narrow shoulders.

6. I have been exposed to anti-Semitic hostility at the Enclave.

7. When my son and his children visited me in the Fall of 2017, they were accosted by an Enclave resident who yelled at them for coming into The Enclave because they were Jewish.

8. I have to apply annually for a permit from the HOA to place a Sukkah on my property, as do all Orthodox Jewish members of the HOA. This permit is in a very bright color and large letters, 1.5 inches, and must be placed in a window on the front of our home facing outward. Last year it was orange, this year bright yellow. A true and correct copy of a photograph of this year's version is attached hereto as **Exhibit A**. I find this extremely offensive and a deliberate attempt to indicate to the neighborhood that I am a Jew.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 5, 2018

_Samuel Landy_
Samuel Landy