From: **Enclave at the Fairways** <Messenger@associationvoice.com>
Date: Mon, Nov 26, 2018 at 12:50 PM
Subject: December 2 No Pickle Ball in Ballroom
To: abereich@gmail.com <abereich@gmail.com>

Hi Everyone,

There will be NO pickle ball in the ballroom Sunday, December 2, because the there will be a Menorah Lighting at 6:30 pm.

Thank you.

Linda

This message has been sent to abereich@gmail.com

As a subscriber of General Correspondence at Enclave at the Fairways, we'll periodically send you an email to help keep you informed. If you wish to discontinue receiving these types of emails, you may opt out by clicking Safe Unsubscribe.

To view our privacy policy, click Privacy Policy.

This message has been sent as a service of AssociationVoice, provider of smart Websites for Associations and Management, 1290 Broadway Suite 1400, Denver, CO 80203. AssociationVoice © 2018. All rights reserved.