IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN,<br><br>               Plaintiffs,<br><br>v.<br><br>THE ENCLAVE AT FAIRWAYS HOMEOWNERS ASSOCIATION, INC., a New Jersey Domestic Corporation,<br><br>               Defendant. | Civil No. 3:18-cv-16910 |

**PROPOSED ORDER**

This Court, having reviewed the Motion for a Temporary Restraining Order and supporting papers filed by the Plaintiffs in this matter and for other good cause shown,

It is hereby **ORDERED** that:

1.    The Defendant, THE ENCLAVE AT THE FAIRWAYS HOMEOWNERS ASSOCIATION, INC., shall leave open the Damiano Way gate from two hours before sunset on Fridays to after sunset on Saturdays and for similar times on Holy Days, or shall provide pedestrian access to and from the Damiano Way gate without use of electronic devices.

2.    The Defendant, THE ENCLAVE AT THE FAIRWAYS HOMEOWNERS ASSOCIATION, INC., shall cease and desist from taking any action against Orthodox Jewish

homeowners for conducting prayer gatherings in their homes that are incidental to the principal residential use of such homes, and shall permit such prayer gatherings to occur.

3. The Defendant, THE ENCLAVE AT THE FAIRWAYS HOMEOWNERS ASSOCIATION, INC., shall permit residents of The Enclave to authorize gate access for guests for more than one day.

4. The Defendant, THE ENCLAVE AT THE FAIRWAYS HOMEOWNERS ASSOCIATION, INC., shall be enjoined from requiring that pedestrian guests of residents of The Enclave be accompanied by a homeowner during the Sabbath and on Holy Days.

5. A copy of this Order and the Plaintiffs' Motion for a Restraining Order supporting Declarations and Memorandum as well as Plaintiffs' Complaint shall be served upon the Defendant, THE ENCLAVE AT THE FAIRWAYS HOMEOWNERS ASSOCIATION, INC., via personal service within one (1) day of this Court's Order.  In the event service cannot be made upon the resident agent of the Defendant by noon on Friday, December 7, 2018, Plaintiffs shall be permitted to serve same upon the business office of the Defendant, THE ENCLAVE AT THE FAIRWAYS HOMEOWNERS ASSOCIATION, INC., located at 65 Enclave Boulevard in the Township of Lakewood, in the State of New Jersey.

_____
United States District Judge