IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>THE ENCLAVE AT FAIRWAYS HOMEOWNERS ASSOCIATION, INC., a New Jersey Domestic Corporation,<br><br>　　　　　　　Defendant. | Civil No. 3:18-cv:16910<br><br>**MOTION FOR COUNSEL FEES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54 AND LOCAL CIV. RULE 54.2**<br><br>Returnable: April 1, 2019 |

**NOW COME** Plaintiffs, RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN by their respective counsel and hereby move this Honorable Court for an award of counsel fees in this matter.

Plaintiffs rely upon the Declarations of Roman P. Storzer, Esq., Christopher K. Costa, Esq., Robert L. Greene, Esq., Blair L. Storzer, Esq., Sieglinde K. Rath, Esq., and Sarah E. Child, Esq. as well as the Memorandum submitted in support of this Motion.

**WHEREFORE**, Plaintiff hereby moves this Honorable Court for an award of counsel fees pursuant to Federal Rule of Civil Procedure 54 and Local Civil Rule 54.2.

1

Dated: March 8, 2019 	Respectfully submitted,

**STORZER & ASSOCIATES, P.C.**
By:  /s/ Sieglinde K. Rath
Sieglinde K. Rath (07049)
9344 Common Brook Road
Owings Mills, Maryland 21117
Tel:  410-559-6325
Fax:  202-315-3996

*Attorney for Plaintiffs*

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the within Motion, supporting Memorandum and Declarations as well as proposed form of Order have been served upon the following as follows:

**Electronically Filed**

Edward J. Turro, Esq.
Hueston McNulty, P.C.
256 Columbia Turnpike, Suite 207
Florham Park, New Jersey 07932
eturro@huestonmcnulty.com
*Attorney for Defendant*

/s/ Sieglinde K. Rath
Sieglinde K. Rath (07049)
9344 Common Brook Road
Owings Mills, Maryland 21117
Tel: 410-559-6325
Fax: 202-315-3996
*Attorney for Plaintiffs*