UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RABBI DAVID SLOMOVITZ, NATHAN FRANKEL, EDWARD HANDLER, SAMUEL LANDY, MIRIAM LEVITZ, HARRY LIEBER, DAVID REICH, ABRAHAM TAUBER, and MORRIS WALDMAN, <br><br> Plaintiffs, <br><br> v. <br><br> THE ENCLAVE AT FAIRWAYS HOMEOWNERS ASSOCIATION, INC., A New Jersey Domestic Corporation, <br><br> Defendant. | Civil Action No. 18-16910 (FLW) (TJB) <br><br> **ORDER** |

**THIS MATTER** having been opened to the Court by Sieglinde K. Rath, Esq., counsel for Plaintiffs Rabbi David Slomovitz, Nathan Frankel, Edward Handler, Samuel Landy, Harry Lieber, David Reich, Abraham Tauber, Morris Waldman, and Miriam Levitz ( "Plaintiffs"), on a motion for an award of attorneys' fees and costs as the prevailing party in this case against Defendant The Enclave at Fairways Homeowners Association, Inc. ("Defendant"); it appearing that Defendant, through its counsel Edward J. Turro, Esq., has opposed Plaintiffs' motion; the Court having reviewed the parties' submissions in connection with the pending motion, pursuant to Federal Rule of Civil Procedure 78; for the reasons set forth in the Opinion filed on this date, and for good cause shown,

**IT IS** on this 30th day of October, 2019,

**ORDERED** that Plaintiffs' motion for attorneys' fees [ECF No. 15] is **GRANTED** and Plaintiffs are awarded fees in the amount of $86,318.90; and it is further

**ORDERED** that Plaintiffs' motion for costs is **DENIED**.

2

                /s/ Freda L. Wolfson
                Hon. Freda L. Wolfson
                U.S. Chief District Judge